UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SHAD M. BEACH,<br><br>　　　　　　　Defendant. | CASE NO. CR12-056-RAJ<br><br>DETENTION ORDER |

Offense charged:

　　Felon in Possession of a Firearm

Date of Detention Hearing: 10/02/12

　　The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has been convicted and sentenced in state court, and is serving a lengthy sentence. He appeared in this court pursuant to a writ.

(2) The issue of detention or release in this court is therefore moot.

(3) The Indictment in this case charges defendant possessed a large number of firrearms, including rifles, shotguns, and handguns.

(4) The Indictment also alleges that defendant had at least six felony convictions between 2002 and 2006.

(5) Defendant and his counsel offered nothing in opposition to the entry of an order of detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1   (4)   The clerk shall direct copies of this order to counsel for the United States, to counsel
2   for the defendant, to the United States Marshal, and to the United States Pretrial
3   Services Officer.

4   DATED this 2nd day of October, 2012.

                                            s/ John L. Weinberg
                                            United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)