The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAD BEACH, <br><br> Defendant. | NO.  CR12-056-RAJ <br><br><br> ORDER |

THIS MATTER comes before the Court on the government's motion for reconsideration of the Court's January 24, 2017, Order (Dkt. #33) in *United States v. Shad M. Beach*, Case No. CR12-056-RAJ, granting the Defendant's motion to vacate his sentence.

The Court having considered the briefing of the parties, and finding that the government's motion is unopposed by the Defendant in light of the Supreme Court's decision in *Beckles v. United States*, 580 U.S. _____ (2017), enters the following order:

IT IS HEREBY ORDERED that the government's motion for reconsideration of the Court's January 24, 2017, Order granting the Defendant's motion to vacate his sentence in the case of in *United States v. Shad M. Beach*, Case No. CR12-56-RAJ, is GRANTED.

Order - 1
*United States v. Beach*, CR12-056-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS FURTHER ORDERED that the Court's January 24, 2017, Order (Dkt. #33) granting the Defendant's motion to vacate his sentence in the case of *United States v. Shad M. Beach*, Case No. CR12-56-RAJ, is VACATED.

   IT IS FURTHER ORDERED that the judgment in *United States v. Shad M. Beach*, Case No. CR12-56-RAJ (Dkt. #25), is REINSTATED.

   IT IS FURTHER ORDERED that the resentencing hearing in *United States v. Shad M. Beach*, Case No. CR12-56-RAJ, scheduled for March 17, 2017, at 9:00 AM, is STRICKEN.

   DATED this 17th day of March, 2017.

   *[signature]*

   The Honorable Richard A. Jones
   United States District Judge

Order - 2
*United States v. Beach*, CR12-056-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970