JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>SHAD BEACH,<br><br>        Defendant. | NO. CR12-056RAJ<br><br>ORDER GRANTING MOTION<br>FOR EARLY TERMINATION<br>OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, the Government's response, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Beach's supervised release is warranted by the conduct of Mr. Beach and in the interests of justice and therefore GRANTS the Motion (Dkt. #38).

IT IS ORDERED that the term of supervised release for Mr. Beach shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DATED this 13th day of July, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR EARLY TERMINATION OF
SUPERVISED RELEASE
(*Shad Beach*; CR12-056RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100